QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
  Eliyahu Ness (Bar No. 311054)
  eliness@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Maxwell A. Blum (Bar No. 299336)
  maxblum@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700


Attorneys for Specially Appearing Defendants
Pangang Group Company, Ltd., Pangang Group
Steel Vanadium & Titanium Company, Ltd.,
Pangang Group Titanium Industry Company,
Ltd., and Pangang Group International Economic
& Trading Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD., PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD., and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>    Defendants. | CASE NO. CR 11-0573 JSW<br><br>**DECLARATION OF SUN CE JUN IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS' THIRD MOTION TO QUASH SERVICE OF SUMMONSES**<br><br>Hearing Date: June 20, 2017, at 1:00 p.m. |

# 孙策君的宣誓书

本人，孙策君，声明如下：

1. 我于 1990 年 7 月进入攀钢集团有限公司工作。1994 年 9 月-1997 年 7 月在西南政法大学法学系学习，并于 2000 年取得中国律师资格。现任攀钢集团有限公司法律事务部副部长。

2. 攀钢集团有限公司（Pangang Group Company, Ltd.）("攀钢集团") 是一家中国企业。

3. 攀钢集团有数家子公司，包括 (1) 攀钢集团钢铁钒钛股份有限公司（Pangang Group Steel Vanadium & Titanium Company, Ltd.）；(2) 攀钢集团钛业有限责任公司（Pangang Group Titanium Industry Company, Ltd.）；以及 (3) 攀钢集团国际经济贸易有限公司（Pangang Group International Economic & Trading Company, Ltd.）。以下，我将会统称攀钢集团以及其子公司为 "攀钢集团公司"。

4. 攀钢集团原对外称攀枝花钢铁公司。

5. 攀枝花钢铁公司成立於 1964 年，地点在中国四川省攀枝花市。

6. 1993 年，攀枝花钢铁公司更名为攀枝花钢铁（集团）公司。

7. 2006 年，攀枝花钢铁（集团）公司更名为攀钢集团有限公司。

8. "攀钢" 此名源自攀枝花的 "攀" 字，和 "钢"。（攀枝花是攀钢成立之城市。）

9. "Gang [钢]" 在中文是 "钢" 的意思。

10. 以下是其中几个名称有 "钢" 字的中国钢类公司的例子：Shougang Steel [首钢]、Baogang Group [包钢集团]、Fujian Sangang Group [福建三钢集团]、Jiangsu Shagang Group [江苏沙钢集团]、Laigang [莱芜钢铁集团有限公司]、Jiangsu Yonggang Group [江苏永钢集团]、和 Shougang Tonggang Group [首钢通钢集团]。

11. 我被告知并相信鞍山钢铁集团公司（"鞍钢"）成立於 1949 年，在中国辽宁省鞍山市成立。

12. 鞍山钢铁集团公司又称鞍钢，是其原本名字第一个字加上"gang [钢]"，在中文是 "钢"的意思。2013 年 4 月以后，其简称变为 "鞍山钢铁"。

13. 我被告知并相信鞍山钢铁有数家子公司。我将会统称鞍山钢铁以及其子公司为 "鞍山钢铁公司"。

14. 攀钢集团的总部位于中国西南的四川省攀枝花市，鞍山钢铁的总部位于中国东北的辽宁省鞍山市，两地相距约 1988 英哩。

15. 攀钢集团公司有约 50,000 名雇员。

16. 我被告知并相信鞍山钢铁及其子公司共有约 51,000 名雇员。

17. 攀钢集团公司和鞍山钢铁公司竞争以提供类似的产品给类似的市场和顾客。因此，攀钢集团公司和鞍山钢铁公司有直接和正面交锋的竞争关系。

18. 攀钢集团公司和鞍山钢铁公司为各自的生意，发展各自的技术。这二家公司不分享技术。

19. 攀钢集团公司和鞍山钢铁公司没有相同的管理层、董事或雇员。

20. 攀钢集团公司和鞍山钢铁公司没有共同购买或生产原料。

21. 攀钢集团公司和鞍山钢铁公司没有共享利润或收入。

22. 除了非常或偶然的情形下，攀钢集团公司的雇员和鞍山钢铁公司的雇员不会一同工作。

23. 攀钢集团公司和鞍山钢铁公司对彼此没有任何送交文件、信件或任何其他信息的义务。

24. 一家名为鞍钢集团公司的公司在 2010 年成立，为了获取，而也获取所有攀钢集团和鞍山钢铁的股份。于 2013 年 4 月起，鞍钢集团公司简称"鞍钢"或"鞍钢集团"。

25. 2010 年鞍钢集团的交易并没有改变鞍山钢铁公司和攀钢集团公司为两家不同公司的关系。彼此以及分别的子公司仍然相互竞争。

26. 我已审阅了联邦调查局特别调查员 Cynthia Ho 的宣誓书里的 1 号证物。倘若当中所指的"合并重组的计划"是指向第 24 段中所述的鞍钢集团的交易，这个交易并没有造成攀钢集团和鞍山钢铁的合并。就如同第 25 段所述，攀钢集团和鞍山钢铁并没有合并。

27. 2010 年之前和之后，鞍钢集团并没有，也从没参与攀钢集团公司的日常经营和活动。

28. 例如：鞍钢集团没有干预攀钢集团招聘或开除攀钢集团公司的任何一名雇员。

29. 鞍钢集团没有涉入攀钢集团公司与客户、供应商或销售商的关系。

30. 攀钢美洲公司（攀钢美洲）是攀钢集团国际经济贸易有限公司的子公司。攀钢美洲於2015年注销。攀钢美洲这家公司已不存在。

31. 攀钢集团公司中，没有任何一个公司与鞍钢美国公司有任何关系。

32. 攀钢集团公司中，没有任何一个公司曾收过与此有关的任何传票。

33. 以下附上为证物A，我被告知并相信这为一张摄于2017年3月23日的照片。这张照片的内容为重庆的土地，攀钢集团公司曾计划在此地建设100,000吨的工厂，USA Performance Technology Inc. ("PTI") 当时正在进行谘询。那块地上没有建设任何工厂。况且，攀钢集团公司想建设的那100,000吨的工厂，并没有在任何地方盖成。在2011年夏天和秋天的事件发生后，攀钢集团公司停止所有建设100,000吨的工厂的行动，并停止使用PTI所提供的信息。

34. 攀钢集团国际经济贸易有限公司支付给PTI约1500万美元的费用。

根据美国法律中基於伪证罪的规定，我声明我相信上述内容属实并且正确。

签署於4月22日, 2017年, 中国四川省攀枝花市

孙策君的签字

*[签名]*

# DECLARATION OF CERTIFIED COURT INTERPRETER

**Marilyn Luong, MA**
Master of Arts in Translation and Interpretation (Chinese/English)
1534 Plaza Lane #339
Burlingame, CA 94010

I, Marilyn Luong, declare that I am a certified court interpreter in Mandarin and Cantonese Chinese by the Administrative Office of the Courts. My Certification Number is #301081. I also hold a Master's Degree in Translation and Interpretation (Chinese/English) from the Monterey Institute of International Studies.

I certify that the following document is a true and correct translation from Chinese into English, to the best of my knowledge and abilities:

<u>Declaration of SUN Ce Jun</u>

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration signed this 23th day of April, 2017 in Burlingame, California.

**Marilyn Luong**

Printed Name of Certified Court Interpreter

*[signature]*

Signature of Certified Court Interpreter

# DECLARATION OF SUN Ce Jun

I, SUN Ce Jun, declare as follows:

1.      I started employment at Pangang Group Company, Ltd., in July 1990. I studied at the Southwest University of Political Science & Law from September 1994 to July 1997, majoring in Law. In 2000, I received credentials to be an attorney in China. Currently, I serve as Legal Department Deputy Head of Pangang Group Company Ltd.

2.      Pangang Group Company, Ltd. [攀钢集团有限公司] ("Pangang Group") is a Chinese corporation.

3.      Pangang Group has a number of subsidiaries, including (1) Pangang Group Steel Vanadium & Titanium Company, Ltd. [攀钢集团钢铁钒钛股份有限公司]; (2) Pangang Group Titanium Industry Company, Ltd. [攀钢集团钛业有限责任公司]; and (3) Pangang Group International Economic & Trading Company, Ltd. [攀钢集团国际经济贸易有限公司]. I will refer to Pangang Group and its subsidiaries collectively as the "Pangang Group Companies."

4.      Pangang Group was originally known as Panzhihua Iron and Steel Corporation.

5.      Panzhihua Iron and Steel Corporation was formed in Panzhihua city, Sichuan province, China in 1964.

6.      In 1993 the name Panzhihua Iron and Steel Corporation was changed to Panzhihua Iron and Steel (Group) Corporation.

7.      In 2006 the name Panzhihua Iron and Steel (Group) Corporation was changed to Pangang Group Company, Ltd.

8.      The name "Pangang" is a derived from the word "Pan" from "Panzhihua" (the city in China where Pangang was formed) and "gang."

9.      "Gang" is a Chinese word for "steel."

10.     The following are examples of Chinese steel companies, among others, whose names contains the word "gang": Shougang Steel [首钢], Baogang Group: [包钢集团], Fujian Sangang Group [福建三钢集团], Jiangsu Shagang Group [江苏沙钢集团], Laigang [莱芜钢铁集团有限公司], Jiangsu Yonggang Group [江苏永钢集团], and Shougang Tonggang Group [首钢通钢集团].

11.     I am informed and believe that Anshan Iron & Steel Group Company ("Anshan Steel") was founded in 1949 in Anshan, Liaoning, China.

12. Anshan Steel Group Company is also known as An-gang, combining the first part of the original name with "gang," a Chinese word for steel. After April 2013, the company's shortened name became "Anshan Steel."

13. I am informed and believe that Anshan Steel has numerous subsidiaries. I will refer to Anshan Steel and its subsidiaries collectively as "Anshan Steel Companies."

14. Pangang Group is headquartered in southwestern China in Panzhihua city, Sichuan province. Anshan Steel is headquartered in northeastern China, in Anshan city, Liaoning province. The distance between the two locations is approximately 1988 miles.

15. Pangang Group Companies have approximately 50,000 employees.

16. I am informed and believe Anshan Steel and its subsidiaries have approximately 51,000 employees.

17. Pangang Group Companies and Anshan Steel Companies compete to supply similar products to similar markets and customers. Pangang Group Companies and Anshan Steel Companies thus engage in direct, head-to-head competition.

18. Pangang Group Companies and Anshan Iron and Steel Companies are their own separate businesses, and develop their own technologies. These two companies do not share technology.

19. Pangang Group Companies and Anshan Steel Companies have no common officers, directors, or employees.

20. Pangang Group Companies and Anshan Steel Companies do not jointly purchase or produce raw materials.

21. Pangang Group Companies and Anshan Steel Companies do not share profits or revenues.

22. Except on unusual and infrequent occasions, employees of Pangang Group Companies and employees of Anshan Steel Companies do not work together.

23. Pangang Group Companies and Anshan Steel Companies have no obligation to deliver documents, mail, or any other information to the other.

24. In 2010, a company named Angang Group Corporation was established to acquire, and did acquire, all of the shares of both Pangang Group and Anshan Steel. In April 2013, the name "Angang Group Corporation" was shortened to "Angang" or "Angang Group."

25. The transaction in 2010 involving Angang Group did not change the relationship between Pangang Group and Anshan Steel as distinct companies. These companies and their respective subsidiaries continue to compete with each other.

26. I have reviewed Exhibit I to the Declaration of FBI Special Agent Cynthia Ho. To the extent the referenced "merger and regrouping plan" is a reference to the Angang Group transaction set forth in paragraph 24, that transaction did not result in a merger of Pangang Group and Anshan Steel. As set forth in paragraph 25, Pangang Group and Anshan Steel have not merged.

27. Before and after 2010, Angang Group is not, and has never been, involved in the daily operations or activities of Pangang Group Companies.

28. For example, Angang Group is not involved in the hiring or termination of employees at any of the Pangang Group Companies.

29. Angang Group does not participate in Pangang Group Companies' relationships with customers, suppliers or vendors.

30. Pan America, Inc. ("Pan America") was a subsidiary of Pangang Group International Economic & Trading Company, Ltd. Pan America's registration was terminated in 2015. The company of Pan America no longer exists.

31. None of the Pangang Group Companies have any form of relationship with Angang America, Inc.

32. None of the Pangang Group Companies has received any summons in this matter.

33. Attached hereto as Exhibit A is a photograph I am informed and believe was taken on March 23, 2017. The photograph depicts the land in Chongqing, where Pangang Group Company had planned to build the 100,000 ton factory on which USA Performance Technology, Inc. ("PTI") was consulting. No plant has been built on that land. In fact, the 100,000 ton plant that Pangang Group Company wished to build has not been built anywhere. After the events in the summer and fall of 2011, Pangang Group Company halted its efforts to build a 100,000 ton plant and stopped using the information provided by PTI.

34. Pangang Group International Economic & Trading Company had paid PTI approximately $15 million in fees.

I declare under penalty of perjury under the laws of the United States of America that I believe the foregoing is true and correct.

Executed on this 22nd day of April, 2017, in Panzhihua City, Sichuan Province, China.

Signature of SUN Ce Jun

[Signature]

**EXHIBIT A**

