QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
  Eliyahu Ness (Bar No. 311054)
  eliness@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Maxwell A. Blum (Bar No. 299336)
  maxblum@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Specially Appearing Defendants
Pangang Group Company, Ltd., Pangang Group
Steel Vanadium & Titanium Company, Ltd.,
Pangang Group Titanium Industry Company,
Ltd., and Pangang Group International Economic
& Trading Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD., PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD., and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>    Defendants. | CASE NO. CR 11-0573 JSW<br><br>**DECLARATION OF WANG QIZHI IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS' THIRD MOTION TO QUASH SERVICE OF SUMMONSES**<br><br>Hearing Date: June 20, 2017, at 1:00 p.m. |

# DECLARATION OF WANG QIZHI

I, Wang Qizhi, declare as follows:

1. I was the General Manager of Pan America Inc. ("Pan America") from its formation in 2008 to 2015. I am not a defendant in this action. I make this declaration of personal firsthand knowledge, and if sworn as a witness, I could and would testify competently thereto.

2. As General Manager of Pan America, I was responsible for corporate planning, budgeting, operational goals, and other management duties. I also served on Pan America's Board of Directors.

3. Pan America was originally located at 560 Sylvan Avenue, Englewood Cliffs, New Jersey. Pan America did not share office space with any other businesses at that time.

4. In 2011, I received a notice from Pangang Group International Economic & Trading Company ("PIETC") to relocate Pan America to 2 Tower Center Blvd, 10th Floor, East Brunswick, New Jersey. This location was already partially occupied by Ansteel America, Inc. ("AAI"), but a significant amount of office space was unoccupied.

5. At this time Zhang Chun was Deputy General Manager of Pan America. Brenda Kong was Pan America's office manager. AAI had four employees: Todd Wang, Zhang Long Hua, Wang Peng, and West Zhao.

6. At the time, I was familiar with AAI as one of Pan America's main competitors. We competed with AAI for customers and sold many of the same products.

7. After receiving the notice from the PIETC regarding the relocation, we moved into the East Brunswick office space.

8. Even while occupying the same office space, Pan America and AAI remained competitors.

9. Pan America and AAI remained physically separated on two opposite sides of the large office space. The placard on the front entrance to the office separately listed "Pan America Inc." and "Ansteel America Inc." Pan America and AAI maintained separate telephone numbers.

10. I had my own office, and Todd Wang had his own office. I kept Pan America files in a locked cabinet in my office. Todd Wang did not have access to Pan America's files. Similarly, Pan America did not have access to AAI's files.

11. Pan America and AAI had separate bank accounts. Pan America and AAI did not share any customers, revenues, technology, employees or anything else other than the office space as describe above.

12. Some of the customers to whom Pan America made product quotes received quotes from AAI for the same or similar products. I did not share quotes with Todd Wang, or anyone else at AAI. In fact, I attempted to keep all of our business dealings secret from AAI.

13. We faced challenges in sharing office space with a direct competitor. Pan America personnel often had to speak at a low volume during telephone conversations so as not to be heard by AAI personnel.

14. It was also very difficult to bring customers onsite, where our conversations might be overheard by AAI personnel. By doing so we risked alerting AAI to a business opportunities.

15. Given these issues, I reported the problems associated with sharing office space with AAI to PIETC. PIETC then authorized us to move out.

16. Pan America moved out of the East Brunswick office space in April 2012. It returned to its original office building in Englewood Cliffs.

17. After moving out we continued to compete with AAI.

18. Pan America ceased operations in March 2015. The company's costs exceeded income, and unfortunately the business was unsustainable.

19. To the best of my information and belief, AAI's parent company is a subsidiary of Anshan Iron & Steel Company ("Anshan Steel"). At no point during my time in the United States or thereafter did I have any communications or other interactions with any company affiliated with AAI.

-2-

DECLARATION OF WANG QIZHI

20. After we moved out of the East Brunswick office, I rarely had any contact with anyone from AAI. Since 2015, I have had no contact with anyone from AAI or any other company affiliated with Anshan Steel.

I declare under penalty of perjury under the laws of the United States of America that I believe the foregoing is true and correct.

Executed April 18, 2017, at Shanghai, China.



DECLARATION OF WANG QIZHI