QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
  Eliyahu Ness (Bar No. 311054)
  eliness@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Maxwell A. Blum (Bar No. 299336)
  maxblum@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Specially Appearing Defendants
Pangang Group Company, Ltd., Pangang Group
Steel Vanadium & Titanium Company, Ltd.,
Pangang Group Titanium Industry Company,
Ltd., and Pangang Group International Economic
& Trading Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD., PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD., and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>             Defendants. | CASE NO. CR 11-0573 JSW<br><br>**DECLARATION OF ROBERT P. FELDMAN IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS' THIRD MOTION TO QUASH SERVICE OF SUMMONSES** |

# DECLARATION OF ROBERT P. FELDMAN

I, Robert P. Feldman, declare as follows:

1. I am a member of the bar of the State of California and am admitted to practice before this Court. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for specially appearing defendants Pangang Group Company, Ltd., Pangang Group Steel Vanadium & Titanium Company, Ltd., Pangang Group Titanium Industry Co., Ltd., and Pangang Group International Economic & Trading Company (herein collectively the "Pangang Group Companies").

2. My law firm represented the Pangang Group Companies in this matter since 2011. We do not represent the Pangang Group Companies in any other matter.

3. My firm's appearance in this matter was, and remains, a special appearance. We have not made a general appearance.

4. The government did not object to the special appearance. The Court imposed no conditions on the special appearance.

5. Around January 5, 2017, my firm received summonses for the Pangang Group Companies.

6. After receipt of the summonses as described by Special Agent Ho, my firm considered for several weeks how we should respond, including whether we should or should not even inform our clients about the summonses. My partner on this case, John Potter, and I actually consulted with a third partner in light of the unprecedented nature of the government's attempt to serve us despite the fact that ours was a special appearance.

7. In light of their previous understanding of the meaning of a special appearance, our clients were sufficiently concerned that they consulted with two other law firms to evaluate how they should proceed.

8. At no time has my firm been authorized to accept service in this matter.

9. Neither I, nor to my knowledge anyone else at my firm, has ever transmitted the summonses in question to any of the Pangang Group Companies.

I declare under penalty of perjury under the laws of the State of California that I believe the foregoing is true and correct.

Executed April 24, 2017, at Redwood Shores, CA.

*/s/ Robert P. Feldman*
Robert P. Feldman