UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD., PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD., and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>　　　　Defendants. | CASE NO. CR 11-0573 JSW<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANTS' THIRD MOTION TO QUASH SERVICE OF SUMMONSES**<br><br>Hearing Date: June 20, 2017, at 1:00 p.m. |

| | |
|---|---|
| 1 | Upon due consideration of specially appearing defendants Pangang Group Company, |
| 2 | Ltd.'s, Pangang Group Steel Vanadium & Titanium Company, Ltd.'s, Pangang Group Titanium |
| 3 | Industry Company, Ltd.'s and Pangang Group International Economic & Trading Company's |
| 4 | Third Motion to Quash Service of Summonses and finding good cause therefore, |
| 5 | IT IS HEREBY ORDERED that the specially appearing defendants' motion is |
| 6 | GRANTED.   Service of the summonses on specially appearing defendants Pangang Group |
| 7 | Company, Ltd., Pangang Group Steel Vanadium & Titanium Company, Ltd., Pangang Group |
| 8 | Titanium Industry Company, Ltd., and Pangang Group International Economic & Trading |
| 9 | Company is QUASHED. |
| 10 | |
| 11 | |
| 12 | DATED:  _____ |
| 13 | |
| 14 | |
| 15 | _____<br>Hon. Jeffrey S. White<br>UNITED STATES DISTRICT JUDGE |