UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PANGANG GROUP COMPANY, LTD.,<br>Defendant. | Case No. 11-cr-00573-JSW-7, 8, 9, 10<br><br>**ORDER DIRECTING DEFENDANTS TO COMPLY WITH COURT'S ORDER**<br>Re: Dkt. Nos. 1004-1005, 1011 |

On March 27, 2017, this Court issued an Order setting a briefing schedule on the Government's motion for sanctions and the Pangang Defendants' anticipated motion to quash service. In that Order, the Court expressly stated that it would "address these issues by way of cross-motions in a *four brief* format." (Dkt. No. 1003, Order at 1:24-25 (emphasis added).) On April 24, 2017, the Pangang Defendants filed a motion to quash and a separate opposition to the Government's motion for sanctions, which is not in compliance with the Court's Order.

Accordingly, the Court HEREBY ORDERS the Pangang Defendants to combine the motion to quash and the opposition to the motion for sanctions into one brief, in compliance with the Court's Order.

The Pangang Defendants shall re-file their combined brief by April 28, 2017. The Court will also grant the Government a short extension to file its combined opposition and reply, which shall now be due on May 18, 2017.

//

//

//

//

1 | The Pangang Defendants' reply brief shall be due on June 1, 2017.

2 | **IT IS SO ORDERED.**

Dated: April 25, 2017

_____
JEFFREY S. WHITE
United States District Judge