**FILED**

NOV 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>PANGANG GROUP COMPANY, LTD.; et al.,<br><br>   Defendants-Appellants. | No. 17-10318<br><br>D.C. Nos.<br>4:11-cr-00573-JSW-7<br>4:11-cr-00573-JSW-8<br>4:11-cr-00573-JSW-9<br>4:11-cr-00573-JSW-10<br>4:11-cr-00573-JSW<br>Northern District of California, Oakland<br><br>ORDER |
| In re:<br><br>PANGANG GROUP COMPANY, LTD.; et al.<br><br>-------------------------------<br><br>PANGANG GROUP COMPANY, LTD.; et al.,<br><br>   Petitioners,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,<br><br>   Respondent,<br><br>UNITED STATES OF AMERICA, | No. 17-72370<br><br>D.C. No. 4:11-cr-00573-JSW |

sz/MOATT

Real Party in Interest.

Before: TASHIMA, W. FLETCHER, and TALLMAN, Circuit Judges.

The court has received and reviewed appellant's response to this court's August 2, 2017 order to show cause in No. 17-10318. Appellants' appeal of the district court's July 18, 2017 order denying appellants' third motion to quash service is not appealable as a final judgment or an order that comes within the collateral order doctrine. *See* 28 U.S.C. § 1291; *Coopers & Lybrand v. Livesay*, 437 U.S. 463, 468 (1978). Accordingly, appeal No. 17-10318 is dismissed.

The petition for a writ of mandamus in No. 17-72370 raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real party in interest shall file an answer. In particular, the answer shall address whether Federal Rule of Criminal Procedure 4(c)(3)(D)(ii) permits service of a criminal summons on a defendant's attorney who specially appeared in earlier proceedings for the sole purpose of contesting service of process.

The district court, within 14 days after the date of this order, may address the petition if it so desires. The district court may elect to file an answer with this court or to issue an order and serve a copy on this court. Petitioner may file a reply

3

within 5 days after service of the answer(s). The petition, answer(s), and any reply shall be referred to the next available motions panel.

The Clerk shall serve this order on the district court and District Judge Jeffrey S. White.