QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar Number 69602)
  bobfeldman@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5069
Facsimile:   (650) 801-5100

  John M. Potter (Bar Number 165843)
  johnpotter@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

  Alec A. Levy, *pro hac vice*
  aleclevy@quinnemanuel.com
1300 I Street N.W., Suite 900
Washington, D.C. 20005
Telephone:   (202) 538-8115
Facsimile:   (202) 538-8100

Attorneys for Defendants Pangang Group Company, Ltd., Pangang Group Steel Vanadium & Titanium Company, Ltd., Pangang Group Titanium Industry Company, Ltd., and Pangang Group International Economic & Trading Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:11-CR-0573-07-10 JSW |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| PANGANG GROUP COMPANY, LTD.; PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD; and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY, | |
| Defendants. | |

# PROOF OF SERVICE

I, Amber Burns, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City of San Francisco, County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a resident of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is Quinn Emanuel Urquhart & Sullivan, LLP, at 50 California Street, 22nd Floor, San Francisco, CA 94111.

I caused to be served the following document(s):

**PANGANG DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER TO SEAL EXHIBIT A TO DECLARATION OF ROBERT P. FELDMAN IN SUPPORT OF PANGANG DEFENDANTS' MOTION FOR BILL OF PARTICULARS**

**DECLARATION OF ROBERT P. FELDMAN IN SUPPORT OF PANGANG DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER TO SEAL EXHIBIT A TO DECLARATION OF ROBERT P. FELDMAN IN SUPPORT OF PANGANG DEFENDANTS' MOTION FOR BILL OF PARTICULARS**

**[PROPOSED] ORDER GRANTING PANGANG DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER TO SEAL EXHIBIT A TO DECLARATION OF ROBERT P. FELDMAN IN SUPPORT OF PANGANG DEFENDANTS' MOTION FOR BILL OF PARTICULARS**

I caused the above documents to be served on each person on the attached list by the following means:

[X]  I enclosed true and correct copies of said documents in an envelope, and consigned it for hand delivery via messenger on March 19, 2019.
*(Indicated on the attached address list by an [H] next to the address.)*

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on March 19, 2019, at San Francisco, California.

_____
Amber Burns

**SERVICE LIST**

| Key: | [E] Delivery by E-Mail<br>[H] Delivery by Hand<br>Service | [FD] Delivery by Federal Express<br>[E/FD] Delivery by E-Mail and<br>Federal Express | [M] Delivery by Mail<br>[E/M] Delivery by E-Mail<br>and Mail |
|---|---|---|---|

| [H] | John H. Hemann<br>Colin C. Sampson<br>U.S. Department of Justice<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200<br>FAX: (415) 436-7234<br>john.hemann@usdoj.gov<br>colin.sampson@usdoj.gov<br>*Attorneys for Untied States of America* | |