UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANTIUM INDUSTRY COMPANY, LTD.; and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>                Defendants. | Case No. 11-cr-00573-JSW-7-10<br><br>**ORDER TO GOVERNMENT TO SHOW CAUSE WHY EXHIBIT SHOULD NOT BE FILED IN THE PUBLIC RECORD**<br><br>Re: Dkt. No. 123 |

On March 19, 2019, Defendants filed an administrative motion to seal Exhibit A to the declaration of Robert P. Feldman, which consists of a document designated "Confidential-1" by the United States and which was designated Trial Exhibit 191 in the trial of co-defendants Walter Liew, USAPTI, and Robert Maegerle. When the Court approved the protective order, it expressly stated that "if the parties move to seal any items, they must do more than simply state the item has been designated as Confidential-1 or Confidential-2 under the protective order. They must provide a factual basis for why any given item is sealable."

The United States has designated the Exhibit as Confidential-1 and, thus, it has the burden to show that it is "sealable." Under the Northern District local rules, a declaration would have been due on March 25, 2019. *See* N.D. Crim. L.R. 56-1(c)(1) (incorporating N.D. Civ. L.R. 7-11). The United States has not filed a declaration showing that the document contains "sealable" information.

Accordingly, the United States is HEREBY ORDERED TO SHOW CAUSE in a declaration to be submitted no later than April 2, 2019, why Exhibit A to the Declaration of Robert P. Feldman should not be filed in the public record. The Court will maintain the confidentiality of that exhibit pending a response to this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: March 26, 2019

_____
JEFFREY S. WHITE
United States District Judge