# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANGANG GROUP COMPANY, LTD., and others,<br><br>Defendants. | Case No. 11-cr-00573 JSW (NC)<br><br>**SUPPLEMENTAL ORDER ON DISCOVERY ISSUES**<br><br>Re: ECF 1151 |

The trial judge, United States District Court Judge Jeffrey S. White, referred "all discovery disputes" to me in this criminal case. ECF 1139. On May 2, the parties appeared before me to discuss various issues raised in a discovery status update at ECF 1151. At page 10 of the update, the Pangang Defendants requested that the government produce "all prospective government witness statements and grand jury testimony required by the Jencks Act, 18 U.S.C. § 3500 and Fed. R. Crim. P. 26.2." Additionally, at the discovery hearing, the Pangang Defendants requested that the Court set a deadline for the government's identification of its trial witnesses.

Having conferred with the trial judge, I find that these requests are best identified as trial management disputes, rather than "discovery disputes." I therefore will not rule on

1 | these issues in this case. Judge White will.
2 | The other issues discussed at the discovery hearing were resolved and are summarized
3 | by the minute entry at ECF 1152.
4 | IT IS SO ORDERED.
5 | Date: May 3, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge