UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANIUM INDUSTRY, LTD; and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>Defendants. | Case No. 11-cr-00573-JSW-7-10<br><br>**ORDER REGARDING DISPUTE OVER PRODUCTION OF WITNESS LIST, JENCKS ACT AND GRAND JURY MATERIAL**<br><br>Re: Dkt. No. 1151 |

The Court has considered the parties' dispute, as set forth in their joint status report filed on April 30, 2019, regarding production of government witness statements and grand jury materials. Pursuant to the Order issued by Magistrate Judge Cousins, the parties also disagree about the deadline by which the Government should identify its witnesses. The Court is inclined to require the Government to identify its witnesses for its case in chief by October 4, 2019. The Court also is inclined to recommend that the Government produce any witness statements and/or grand jury materials by that date, so that the parties can meet their deadline to exchange motions *in limine* by November 4, 2019. However, the Court would be willing to extend those deadlines as to any particular witness if the Government can put forth a showing as to why early disclosure

//
//
//
//

would cause it prejudice or would endanger a witness's safety.

IT IS SO ORDERED.

Dated: May 14, 2019

_____
JEFFREY S. WHITE
United States District Judge