UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANIUM INDUSTRY, LTD; and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>Defendant. | Case No. 11-cr-00573-JSW-7-10<br><br>**ORDER GRANTING IN PART AND RESERVING IN PART THE CHEMOURS COMPANY'S ADMINISTRATIVE MOTION TO SEAL AND RESERVING RIGHT TO ISSUE AN ORDER TO SHOW CAUSE WHY REDACTED VERSION SHOULD NOT BE FILED**<br><br>Re: Dkt. No. 1159 |

The Court has received and considered The Chemours Company's motion to seal, in which it asks the Court to seal a document and a declaration describing its interest in the technology and alleged trade secrets at issue in this case. Defendants do not oppose The Chemours Company's right to make a submission, but they oppose the request to file the submission and the declaration entirely under seal. Defendants also oppose The Chemours Company's request that the Court designate "non-legal arguments" set forth in the submission and paragraphs 5-9 of the declaration as HIGHLY-CONFIDENTIAL – ATTONREYS' EYES ONLY. The Court reserves issuing a ruling on the issue in this Order, and it will resolve that issue when it resolves the Government's motion for review of Magistrate Judge Cousins' discovery rulings.

18 U.S.C. section 1835(b) provides that a "court may not authorize or direct the disclosure of any information the owner asserts to be a trade secret unless the court allows the owner the opportunity to file a submission under seal that describes the interest of the owner in keeping the information confidential." The Court GRANTS The Chemours Company's request to make a submission pursuant to Section 1835(b). It also grants the request to file that submission and the

1 supporting declaration under seal.

2 However, the Court notes that the submission includes information that does not appear to
3 contain confidential information and refers to matters of public record. By way of example only,
4 page 1 lines 1-24, and page 2, lines 1-10 of the submission and paragraphs 1 through 3 of the
5 declaration. Accordingly, as the case proceeds, the Court reserves the right to issue an Order to
6 Show Cause directing The Chemours Company to show cause why it should not be required to file
7 a redacted version of the submission and the declaration in the public record.

8 **IT IS SO ORDERED.**

9 Dated: June 17, 2019

_____
JEFFREY S. WHITE
United States District Judge