UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PANGANG GROUP COMPANY, LTD.;<br>PANGANG GROUP STEEL VANADIUM &<br>TITANIUM COMPANY, LTD.; PANGANG<br>GROUP TITANIUM INDUSTRY<br>COMPANY, LTD; and PANGANG GROUP<br>INTERNATIONAL ECONOMIC &<br>TRADING COMPANY,<br><br>　　　　Defendants. | CASE NO. 4:11-CR-0573-07-10 JSW<br><br>**DENYING [PROPOSED] ORDER ~~GRANTING~~ PANGANG DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER TO SEAL EXHIBIT B TO DECLARATION OF ROBERT P. FELDMAN IN SUPPORT OF PANGANG DEFENDANTS' MOTION TO RECONSIDER ORDER REGARDING WANG RONGKAI** |

Upon consideration of Defendants Pangang Group Company, Ltd., Pangang Group Steel Vanadium & Titanium Company, Ltd., Pangang Group Titanium Industry Company, Ltd., and Pangang Group International Economic & Trading Company's Administrative Motion to Seal Exhibit B to the Declaration of Robert P. Feldman in Support of Pangang Defendants' Motion to Reconsider Order Regarding Wang Rongkai, ~~the Court hereby exercises its discretion to GRANT that motion. The following document is provisionally sealed:~~

The Government has stated that it does not believe the exhibit should be treated as confidential. (See Dkt. No. 1206-1, Declaration of Colin Sampson, ¶ 7.) Accordingly, the Court DENIES the motion to seal. Defendants shall re-file Mr. Feldman's declaration in support of the motion to reconsider with a copy of Exhibit B by August 16, 2019.

~~[Proposed] Order Granting Pangang Defendants' Administrative Motion to Seal~~
Case No. 4:11-CR-0573-07-10 JSW

| Document | Portion to be Provisionally Sealed |
|---|---|
| Exhibit B to the Declaration of Robert P. Feldman in Support of Pangang Defendants' Motion to Reconsider Order Regarding Wang Rongkai | ~~Entire Document~~ |

IT IS SO ORDERED.

Date: August 14, 2019

*/s/ Jeffrey S. White*

Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE