UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANGANG GROUP COMPANY, LTD., PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANIUM INDUSTRY, LTD; and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,<br><br>Defendants. | Case No. 11-cr-00573-JSW-7-10<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL EXHIBIT B TO REPLY DECLARATION OF ROBERT FELDMAN**<br><br>Re: Dkt. No. 1207 |

On August 6, 2019, the Pangang Defendants filed an administrative motion to seal Exhibit B to the reply declaration of Robert Feldman in support of the motion to reconsider. Pursuant to the modifications the Court imposed regarding sealing procedures, the Government's declaration supporting that motion was due on August 20, 2019.

The document is not marked "Confidential-1" or "Confidential-2," however the Pangang Defendants state that the Government designated it confidential. The Court advises the parties that the following ruling applies only to the two page document attached as Exhibit B to the Feldman reply declaration. Therefore, if that document is part of a larger document designated confidential, or was produced in electronic format and the electronic media was designated confidential, this ruling does not impact the designation of other materials.

//

//

//

The Court has reviewed the contents of the exhibit, and it DENIES the motion to seal. The Defendants shall file a revised version of Mr. Feldman's reply declaration by August 26, 2019.

**IT IS SO ORDERED.**

Dated: August 21, 2019

_____
JEFFREY S. WHITE
United States District Judge