UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTE ORDER**

Date: October 5, 2021                                    Time in Court: 21 minutes

Judge:  Jeffrey S. White

Case No.:  CR-11-573 JSW     USA v. Pangang Group Company, Ltd. (7)
                             Pangang Group Steel Vanadium & Titanium Company, Ltd. (8)
                             Pangang Group Titanium Industry Company, Ltd. (9)
                             Pangang Group International Economic & Trading Company (10)

  **Colin Sampson**                          **Robert Feldman**
  U.S. Attorney                              Defense Counsel

**Deputy Clerk: Jennifer Ottolini**          Court Reporter: Raynee Mercado

**PROCEEDINGS**

**REASON FOR HEARING:**  Status Conference

**RESULT OF HEARING:**

Motions (other than in limine or Daubert) shall be filed as soon as possible.  The parties shall notice their motions no less than 35 days from the filing date, on a Tuesday at 9:30 am, ensuring the Court is available on the date selected.

The Court set the following hearings and deadlines:

    Status Conference:           3-1-22 at 12:00 pm (telephonic calendar)
    Joint Statue Report due:     2-22-22

    Deadline for Pretrial filings:    5-31-22

    Daubert Motion briefing schedule:    Motion(s) due:     4-26-22
                                         Opposition due:    5-10-22
                                         Replies due:       5-14-22

The parties shall exchange motions in limine and meet and confer re: narrowing of issues by 4-30-22.

Motions in Limine and Oppositions shall be filed on 5-31-22 with the other pretrial filings due on that date.

**Pretrial Conference:**     6-20-22 at 2:00 pm
**Jury Selection:**          7-6-22 at 8:00 am
**Jury Trial:**              7-11-22 at 8:00 am (4 to 5 week est)

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161** - stipulation/proposed order to be submitted