UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANGANG GROUP COMPANY, LTD.;<br>PANGANG GROUP STEEL VANADIUM<br>& TITANIUM COMPANY, LTD.;<br>PANGANG GROUP TITANIUM<br>INDUSTRY COMPANY, LTD; and<br>PANGANG GROUP INTERNATIONAL<br>ECONOMIC & TRADING COMPANY,<br><br>Defendants. | Case No.  11-cr-00573-JSC-7-10 JSC<br><br>**ORDER AMENDING SCHEDULING<br>ORDER** |

As discussed at the February 25, 2026 case management conference, the scheduling order, (Dkt. No. 1378), is amended as follows:

1.  Paragraph 7—Serve motions in limine (limit of 10 absent further Court order).

2.  Paragraph 11(d)—Joint proposed additional questions for the Survey Monkey jury questionnaire.

3.  A further status conference will be held at 11:00 a.m. on April 29, 2026.  An updated joint statement in advance of status conference shall be filed by April 22, 2026.

As discussed, the Court's tentative plan is to select 16 jurors.  Each side will be permitted 30 minutes to orally question the jury venire, details to be worked out at the pretrial conference.

**IT IS SO ORDERED.**

Dated: February 26, 2026

_JACQUELINE SCOTT CORLEY_
United States District Judge

United States District Court
Northern District of California