

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** April 29, 2026                                    **Time:** 00:18

**Judge:** Jacqueline Scott Corley

**Case No.:** 11-cr-00573-JSC-7

**Case Name:** United States of America v. Pangang Group Company, Ltd.
Pangang Group Titanium Industry Company, Ltd.
Pangang Group Steel Vanadium & Titanium Company, Ltd.
Pangang Group International Economic & Trading Company

**Attorneys for United States:** Colin Sampson/Noah Stern
**Attorneys for Defendants:** Robert Feldman/John Potter/Kelsey Falkenberg

**Michael Packard, Alec Levy, and William Locke** observed the proceeding by Zoom.

**Deputy Clerk:** Ada Means                          **Court Reporter:** Kendra Steppler

### PROCEEDINGS

Further status conference held. The Court and the parties discussed the status of discovery. The Court to issue an order to confirm all the deadlines as discussed.