UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PANGANG GROUP COMPANY, LTD.; PANGANG GROUP STEEL VANADIUM & TITANIUM COMPANY, LTD.; PANGANG GROUP TITANIUM INDUSTRY COMPANY, LTD.; and PANGANG GROUP INTERNATIONAL ECONOMIC & TRADING COMPANY,, <br><br> Defendants. | Case No. 11-cr-00573-JSC-7-10 <br><br> **FURTHER PRETRIAL ORDER** <br> Re: Dkt. Nos. 1427, 1440, 1441, 1462, 1477 |

In advance of the July 1, 2026 further pretrial conference, the Court orders as set forth below:

1. **Maegerle Motion:** Defendants' motion in limine to exclude out-of-court statements by Mr. Maegerle, (Dkt. No. 1427), is **DENIED** as moot.  The Government will not call Mr. Maegerle as a witness, and stated, on the record, it will not seek to introduce any of his prior statements to the FBI.  (Dkt. No. 1486 at 53-54.)

2. **Tim Spitler Documents:** By noon on Tuesday, June 30, 2026, the Government shall file its written offer of proof to support the admission of the Tim Spitler statements discussed at the June 25, 2026 pretrial conference.

3. **Evidence of Hacking**: Pursuant to the parties' stipulation at Docket No. 1490, Defendants have withdrawn their motions at Docket Nos. 1441 and 1477.  The Court also **GRANTS** the sealing motions at Docket Nos. 1440 and 1476, and Defendants' motion to file a reply at Docket No. 1462.

4. **Summaries of Evidence**: To the extent it has not already done so, the Government shall produce the summaries of evidence referenced in its Motion in Limine No. 4 to Defendants by 5:00 p.m. on June 30, 2026.

5. **Handling Alleged Trade Secrets at Trial**: With respect to the Government's Motion in Limine No. 5, as discussed at the June 18, 2026 pretrial conference, the Court will limit the publication of any exhibit alleged to be a trade secret to the jury only. Additionally, any witness discussing alleged trade secret information will be instructed to do so at a sufficient level of generality so as to avoid disclosing the specific information to observers in the gallery.  To the extent either party wishes to elicit more specific testimony, they shall notify the Court in advance, and additional protective measures will be taken.  The Court will discuss any further protective measures or modification to this procedure at the July 1, 2026 pretrial conference.

6. **Jury Selection:** Jury selection will occur on July 6, 2026.  The parties should arrive by 8:00 a.m. in the event there are issues to discuss.  The jury will consist of 12 jurors and six alternates.  After hardship dismissals, each side will be given 30 minutes to question the first 30 jurors "in the box," and each party should indicate if they intend to reserve any time for further questioning following opposing counsel's questioning. After for-cause challenges, an additional number of jurors, as needed, will be placed "in the box," and each party will be given another 15 minutes to question the additional jurors.

7. **Opening Demonstratives:** The parties shall exchange anticipated demonstratives for opening statements by 4:00 p.m. on July 3, 2026, unless they agree otherwise.

8. **Trial Schedule:** Trial will commence on July 7, 2026, and be held on the dates as set forth in Docket No. 1466.  The parties shall be present each trial day by 8:00 a.m. to discuss any issues that have arisen or may arise that day.  If a party wants the Court to consider a written submission at the 8:00 a.m. conference, the submission must be filed by 6:00 p.m. the previous day and shall not exceed 10 pages (excluding exhibits).

9. **Identification of Witnesses and Exhibits:** The Government shall identify for

United States District Court
Northern District of California

2

Defendants its anticipated witnesses—and the exhibits to be used with those witnesses—at least 24 hours in advance. So, for example, by 8:30 a.m. on July 6 (if not before), the Government shall advise Defendants of whom the Government intends to call as a witness on July 7 and which exhibits will be introduced with each witness. If Defendants put on a case, the same requirement will apply.

10. **Juror Hardship Dismissals:** The Court proposes to excuse the following jurors for hardship without having them appear on July 6 for jury selection: Juror Numbers 1, 6, 11, 13, 20, 24, 25, 27, 33, 37, 38, 40, 42, 45, 47, 60, 64, 66, 70, 75, 79, 84, 88, 91, 93, 98, 101, 102, 103, 105, 106, 109, 118, and 119.

By 5:00 p.m. on June 30, 2026, the parties shall meet and confer on whether they agree to dismissal of the above jurors, as well as any additional jurors which they agree to dismiss. The Court will not dismiss any juror in advance of jury selection absent agreement.

This Order disposes of Docket Nos. 1427, 1440, 1441, 1462, 1477.

**IT IS SO ORDERED.**

Dated: June 29, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California