UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PANGANG GROUP COMPANY, LTD.;<br>PANGANG GROUP STEEL VANADIUM<br>& TITANIUM COMPANY, LTD.;<br>PANGANG GROUP TITANIUM<br>INDUSTRY COMPANY, LTD; and<br>PANGANG GROUP INTERNATIONAL<br>ECONOMIC & TRADING COMPANY,<br><br>    Defendants. | Case No.  11-cr-00573-JSC-7-10<br><br><br>**JULY 1, 2026 PRETRIAL<br>CONFERENCE AGENDA** |

The Court intends to cover the following matters in the following order at the July 1, 2026 pretrial conference:

1.  MIL Re: Tim Spitler Documents

2.  Identify the Remaining Issues, if any, regarding:

    - MIL Re: Co-Conspirator Statements

    - MIL Re: Evidence Lacking Nexus to Pangang Defendants

    - MIL Re: Self-Authenticating Documents

    - MIL Re: Summaries of Evidence

    - MIL Re: Written Translations

3.  Taylor Expert vs. Lay Testimony & Bifurcation

4.  Status of Identification of Witnesses and Exhibits

5.  Juror Questionnaires and Dismissals

6.  Preliminary Jury Instructions

7.  Trade Secret Protection Measures

8.  Any other matters raised by the parties, time permitting.

**IT IS SO ORDERED.**

Dated: June 30, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge