CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
NOAH STERN (CABN 297476)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Tel:  (415) 436-7200
    Fax: (415) 436-7234
    Colin.Sampson@usdoj.gov
    Noah.Stern@usdoj.gov

JOHN A. EISENBERG
Assistant Attorney General, National Security Division

BRENDAN P. GEARY (NYBN 5150768)
Trial Attorney, National Security Division
    950 Pennsylvania Ave., NW
    Washington, D.C. 20530
    Tel.: (202) 307-1478
    Brendan.Geary@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PANGANG GROUP COMPANY, LTD.;<br>PANGANG GROUP STEEL VANADIUM &<br>TITANIUM COMPANY, LTD.;<br>PANGANG GROUP TITANIUM INDUSTRY<br>COMPANY, LTD; and<br>PANGANG GROUP INTERNATIONAL<br>ECONOMIC & TRADING COMPANY,<br><br>    Defendants. | CASE NO.    11-CR-00573 JSC-7<br>                   11-CR-00573 JSC-8<br>                   11-CR-00573 JSC-9<br>                   11-CR-00573 JSC-10<br><br>**NOTICE OF DISMISSAL** |

NOTICE OF DISMISSAL
No. 11-CR-00573 JSC-7, 8, 9, 10

With leave of the Court, and having received consent from counsel for the defendants, pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above superseding indictments against Pangang Group Company, Ltd.; Pangang Group Steel Vanadium & Titanium Company, Ltd.; Pangang Group Titanium Industry Company, Ltd.; and Pangang Group International Economic & Trading Company with prejudice.

DATED: July 13, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

JEFF MITCHELL
Chief, Criminal Division
COLIN C. SAMPSON
NOAH STERN
Assistant United States Attorneys

JOHN A. EISENBERG
Assistant Attorney General,
National Security Division

BRENDAN P. GEARY
Trial Attorney, National Security Division

Leave is granted to the government to dismiss the superseding indictments against Pangang Group Company, Ltd.; Pangang Group Steel Vanadium & Titanium Company, Ltd.; Pangang Group Titanium Industry Company, Ltd.; and Pangang Group International Economic & Trading Company with prejudice.

Date: _____

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge

NOTICE OF DISMISSAL
No. 11-CR-00573 JSC-7, 8, 9, 10